IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. ___05 - CV - 1518___

AUG 9 - 2005

(The above civil action number must appear on all future papers
sent to the court in this action.  Failure to include this number
may result in a delay in the consideration of your claims.)

GREGORY C. LANGHAM
CLERK

CHRISTOPHER PAUL HUTCHCRAFT,

     Plaintiff,

v.

PRISONER TRANSPORTATION SERVICES, and
WALLER COUNTY JAIL,

     Defendants.

---

## ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND DIRECTING PLAINTIFF TO CURE DEFICIENCY

---

     Plaintiff has submitted a Prisoner's Motion and Affidavit for Leave to Proceed

Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action, and a Prisoner Complaint.

The court has determined that the documents are deficient as described in this order.

Notwithstanding the deficiencies, the clerk of the court will be directed to commence a

civil action.  Plaintiff will be directed to cure the following if he wishes to pursue his

claims.  Any papers which the Plaintiff files in response to this order must include the

civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __    is not submitted
(2)   __    is missing affidavit
(3)   <u>X</u>    is missing certified copy of prisoner's trust fund statement for the 6-month
              period immediately preceding this filing
(4)   __    is missing required financial information
(5)   __    is missing an original signature by the prisoner

(6)   X   is not on proper form (must use the court's current form)
(7)   ___   names in caption do not match names in caption of complaint, petition or habeas application
(8)   ___   An original and a copy have not been received by the court. Only an original has been received.
(9)   ___   other _____

**Complaint, Petition or Application**:
(10)   ___   is not submitted
(11)   X   is not on proper form (must use the court's current form)
(12)   ___   is missing an original signature by the prisoner
(13)   ___   is missing page nos. ___
(14)   ___   uses et al. instead of listing all parties in caption
(15)   ___   An original and a copy have not been received by the court. Only an original has been received.
(16)   X   Sufficient copies to serve each defendant/respondent have not been received by the court.
(17)   ___   names in caption do not match names in text
(18)   ___   other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that the Plaintiff cure the deficiencies designated above

**within thirty (30) days from the date of this order**. Any papers which the Plaintiff

files in response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to the Plaintiff, together

with a copy of this order, two copies of the following forms: Prisoner's Motion and

Affidavit for Leave to Proceed Pursuant to 28 U.S.C. §1915; Prisoner Complaint. It is

FURTHER ORDERED that, if the Plaintiff fails to cure the designated

deficiencies **within thirty (30) days from the date of this order**, the complaint and the

action will be dismissed without further notice.  The dismissal shall be without prejudice.

DATED at Denver, Colorado, this ___8th___ day of ___August_____, 2005.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No.   05-CV-1518

Christopher Paul Hutchcraft
Prisoner No. 136891
8641 W. Hampden #6-102
Lakewood, CO 80227

    I hereby certify that I have mailed a copy of the **ORDER and two copies of Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Prisoner Complaint** to the above-named individuals on _8-9-05_

GREGORY C. LANGHAM, CLERK

By: _____
              Deputy Clerk